IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | CIVIL ACTION NO. **3:CV-09-1873** |
| Plaintiffs | : | (Judge Jones) |
| v. | : | (Magistrate Judge Blewitt) |
| SEWER AUTHORITY OF THE CITY OF SCRANTON, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this **10th** day of **August, 2012, IT IS HEREBY ORDERED THAT** on September 10, 2012 at 11:00 a.m., Attorneys Daniel Smith and Joseph Cigan shall telephone the Court at telephone number (570) 207-5740 to apprise the Court of the status of settlement negotiations.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: August 10, 2012

FILED
SCRANTON
AUG 13 2012
PER_____
DEPUTY CLERK